# PD-0464-15

District Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

April 17, 2015

RE: Request for Extended Time to File Petition for Discretionary Review

Dear Clerk:

    Please find enclosed a motion requesting this Court to grant a (60) day extension of time to file my Petition for Discretionary Review.

    Please forward this to the appropriate persons. If you have any questions or need further information, please contact me at the address listed below. Thank you for your assistance with this matter.

Respectfully,

*Johnny Muldrow*

Johnny Muldrow - Petitioner
Pro Se Representation
TDCJ #1934318
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

**FILED IN**
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

## IN THE
## TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

Muldrow, Johnny          §
    (Petitioner)        §
                             §

v.                            §       Cause No. _____

                             §

THE STATE OF TEXAS        §
    (Respondent)        §

## PETITIONER'S FIRST REQUEST FOR EXTENDED TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW AND
## REQUEST TO SUSPEND T.R.A.P. RULE 9.3(b)

TO THE HONORABLE JUSTICE(S) OF SAID COURT:

    COMES NOW, JOHNNY MULDROW, Petitioner, proceeding pro se and indigent in the above styled and numbered cause, and respectfully asks this Court to extend the filing deadline date for an additional (60) days, thus allowing Petitioner to prepare and present a meaningful Petition for Discretionary Review. In addition, Petitioner requests that due to his INDIGENT status, that T.R.A.P. Rule 9.3(b) be suspended pursuant to T.R.A.P. Rule 2, allowing Petitioner to file ONLY the original Petition for Discretionary Review instead of the required (11) copies, as required by Rule 9.3(b)(1).

    In support thereof, Petitioner would show the Court the following:

1. Petitioner was advised by his court-appointed appellate attorney in a letter dated (in error) July 16, 2015 though postmarked February 17, 2015, that Petitioner's conviction was affirmed in Appellate Case No. 06-14-00103-CR; however, appellate counsel neglected to state when the Court ruled on this case reaching this decision. (See Exhibits A and B).

2. Petitioner had never been contacted previously by his appellate counsel, and it was only after inquiring to his court-appointed trial counsel that he learned who his appellate counsel was and said counsel's contact information. (See Exhibit C). Petitioner then requested copies of the following documents upon learning of the Court's ruling:

    a. Appellate Brief

    b. State's Response Brief

    c. Reply Brief (if submitted)

    d. Court's Ruling and Opinion

    e. Petition for Discretionary Review (if submitted)

1

This letter was mailed to appellate counsel on March 15, 2015 (See Exhibit D).

3. Petitioner received a copy of the Appellate Brief that appellate counsel submitted to the Court on March 24, 2015; however, there was no accompanying letter and the postmark was blocked out, so Petitioner has no way to tell as to the date that the Appellate Brief was mailed to him. (See Exhibit E).

4. Appellate counsel so far has failed to provide copies of the State's Response Brief as well as the Court's ruling and opinion, in violation of T.R.A.P. Rule 48.4.

5. Petitioner submits that he has only just learned of the results of his direct appeal, and has thus attempted to acquire knowledge of when this decision was ruled by the Court, and thus respectfully requests that the time period for filing his Petition for Discretionary Review begin on the date he received a copy of his Appellate Brief, March 24, 2015, which was in direct response to his request for a copy of the Court's ruling sent to his appellate cousel. Thus, the beginning for this motion to extend the time for filing his Petition for Discretionary Review would begin on April 24, 2015 and end June 23, 2015.

6. Petitioner must assume that his appellate counsel did not file a Petition for Discretionary Review previously on Petitioner's behalf, due to counsel's refusal to provide a copy.

7. Petitioner was indigent during trial as well as during his appellate proceedings and continues to be indigent.

8. Petitioner submits that he does NOT have the legal skills capable to handle this proceeding and requires assistance from a fellow inmate due to the complexity of the issues involved with the case.

9. Petitioner is NOT requesting additional time to file his PDR to harass Respondent nor delay proceedings, but for the sole purpose of preparing and presenting a meaningful Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, Petitioner asks this Court to grant this motion, extending the filing deadline date for his PDR for an additional (60) days, from April 24, 2015, or any additional time this Court deems appropriate. ADDITIONALLY, Petitioner asks that, due to indigent status, T.R.A.P. Rule 9.3(b) be suspended pursuant to T.R.A.P. Rule 2, allowing Petitioner to file ONLY the original and (2) copies of his PDR in this Court.

Executed on this 17 day of April, 2015.

Respectfully submitted,

*Johnny Muldrow*

Johnny Muldrow - Petitioner
Pro Se Representation
TDCJ #1934318
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX   77705


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Request for Extended Time to file Petition for Discretionary Review and Request to Suspend T.R.A.P. Rule 9.3(b), was delivered to Respondent via U.S. Postal Service, postage prepaid, addresses to:

Gary D. Young, District Attorney
Lamar County Courthouse
119 North Main Street
Paris, TX   75460

Executed this 17 day of April, 2015.

Respectfully submitted,

*Johnny Muldrow*

Johnny Muldrow - Petitioner
Pro Se Representation
TDCJ #1934318
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX   77705


Texas

Montana

1101 Main St.
P.O. Box 720
Commerce, TX 75429

903-886-0774
Fax: 903-886-2043
Cell: 940-613-8439
Email: elyww@aol.com

July 16, 2015

Johnny Muldrow
# 1934313
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

State of Texas v. Johnny Muldrow

Dear Johnny:

I have not contacted you since I did not know what unit you were in and you were transferred before I was appointed to do your appeal. Your appeal has been completed and your case was affirmed. The primary ground of appeal was the sufficiency of the evidence and the appellate court in Texarkana found that the evidence was sufficient. I know you are upset and I do not blame you, but your co-defendant testimony was difficult to overcome. I based your appeal on the lack of an affirmative link between you and the contraband found in the suitcase in the rear of the vehicle. All the briefing was difficult to overcome what happened at trial and the testimony of you friend and co-defendant.

Being mad at me and my efforts on your behalf is something that will not help the situation you are now in. I hope your situation is not difficult but you should not have to serve long when the time you spent in the county jail and the time you have already served is considered.

Thanks for writing and telling me where you are.

Charles Perry

Exhibit A

CP

CHARLES PERRY
LAWYER
1101 MAIN ST.
COMMERCE, TX 75429

Johnny Murdeow
#1934318
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

763-66

7770576356D

NORTH TEXAS TX 750
DALLAS TX 750
17 FEB 2015 PM 6 L

FOREVER USA

Exhibit B

*Received from Trial Attorney indicating Appellate Attorney's Contact information*

FILE COPY



| CHIEF JUSTICE<br>JOSH R. MORRISS, III | **Court of Appeals**<br>*Sixth Appellate District*<br>*State of Texas* | CLERK<br>DEBRA K. AUTREY |
|---|---|---|
| JUSTICES<br>JACK CARTER<br>BAILEY C. MOSELEY | | BI-STATE JUSTICE BUILDING<br>100 NORTH STATE LINE AVENUE #20<br>TEXARKANA, TEXAS 75501<br>(903) 798-3046 |

*Your Appeal Attorney:*

June 26, 2014

Charles E. Perry
1101 Main Street
Commerce, TX 75428-0000
* DELIVERED VIA E-MAIL *

Gary D. Young
Lamar County & District Attorney
119 North Main
Paris, TX 75460
* DELIVERED VIA E-MAIL *

**RE:** Appellate Case Number: 06-14-00103-CR
　　　Trial Court Case Number: 25549

**Style:** Johnny Ray Muldrow
　　　　　v.
　　　　　The State of Texas

The certified Clerk's Record (1 volume) has this date been received, filed and docketed in this court as shown above.

The reporter's record is due 7/28/14.

FILED FOR RECORD
LAMAR COUNTY, TEXAS
2014 JUN 27 AM 08
MARYVN ANN PATTERSON
DISTRICT CLERK
BY
DEPUTY
SHAWNTEL GORMAN

Respectfully submitted,

Debra K. Autrey, Clerk

By _Molly Pate_
　　　　　　　　　　Deputy

cc:　Terry Spangler (DELIVERED VIA E-MAIL)
　　　Marvin Ann Patterson (DELIVERED VIA E-MAIL)

Exhibit C

Charles E. Perry, Attorney
1101 Main Street
Commerce, TX 75428-0000

February 9, 2015

Re: Appellate Case No. 06-14-00103-CR
    Trial Case No. 25549

Dear Mr. Perry,

I was notified in a letter from my trial attorney that was dated January 6, 2015 that you were appointed as my appellate attorney. Ms. Gibo also included a notice from Sixth Appellate District Court of Appeals dated June 26, 2014 notifying you that the Clerk's Record was received and that the Reporter's Record was due by July 28, 2014.

I want to know why you have not bothered to contact me whatsoever to discuss my appeal, to inform me as to what to expect in the appellate process, or even to simply introduce yourself and provide me with your contact information. I had to contact my trial attorney, Ms. Jennifer Gibo, to find out if a notice of appeal had even been filed and if the court appointed an appellate attorney to represent me in my direct appeal.

Now I find that my appeal is already in process per the above mentioned notice from the court, and that the Clerk's Record was received 7 months ago and the Reporter's Record 6 months ago! Per Rule 38.6 of the Texas Rules of Appellate Procedure, the Appellate Brief must be filed with 30 days after (in this case) the Reporter's Record was received. I understand that you may have received an extension of time to file this brief, but it has still been several months since any time extension would have expired.

page 1 of 2

EXHIBIT D

I am requesting that you contact me immediately with a status update of my appeal either in person or at the address listed below. I am also requesting that you mail to me hard-copies of the following (no CDs, DVDs, USB Drives, etc.):

1. Appellate Brief that you submitted on my behalf.
2. State's Response Brief.
3. Your Reply Brief. If you have not filed one, I am instructing you to do so.
4. Trial Transcripts, including the Clerk's Record and the Reporter's Record.

I hope you also requested oral arguments in the Appellate brief that you submitted as well. If not, I am instructing you to amend the Appellate Brief or submit a supplement.

I must say that I am concerned that your lack of professionalism so far, in that you have not even extended the simple courtesy of introducing yourself to me, let alone your failure to discuss with me anything about my case, that you are not putting much effort in trying to win my appeal. There is no excuse for your failure to contact me.

Again, my contact information is listed below. Please contact me promptly, as well as mail the requested material to me. Thank you for your prompt attention to this matter.

Respectfully,

Johnny Muldrow
TDCJ No. 1934318
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

page 2 of 2

**CP**

**CHARLES PERRY**
LAWYER
1101 MAIN ST.
COMMERCE, TX 75429

Received

3/24/15

793 66

Johnny Muldrow
#1934318
Stiles Unit
3060 Fm 3514
Beaumont, Tx 77705

Exhibit E

Johnny Muldrow #1934318
Mark W. Stiles Unit
3060 FM. 3514
Beaumont, TX 77705

Legal Mail

Court Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

NORTH HOUSTON TX 773

22 APR 2015 PM 9 L

FOREVER